**19BT-CV02913**

Electronically Filed - Butler - November 19, 2019 - 12:52 PM

| STATE OF MISSOURI | ) | |
|---|---|---|
| | ) SS. | |
| COUNTY OF BUTLER | ) | |

### IN THE CIRCUIT COURT OF BUTLER COUNTY, MISSOURI

| | | |
|---|---|---|
| JOHNNY BRANNUM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. _____ |
| vs. | ) | CIVIL DIVISION |
| | ) | |
| SPIRE INC., f/k/a | ) | |
| LACLEDE GAS COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

### PETITION FOR EMPLOYMENT DISCRIMINATION

**COMES NOW** Petitioner, Johnny Brannum, by and through his attorney, Kyle L. Warren, of the law firm, Edmundson, Innes & Warren, and for his Petition for Employment Discrimination, states and alleges as follows:

1. The employment practices alleged to be unlawful were committed within Butler County, Missouri.

2. Plaintiff is and was at all times relevant to this Petition a resident of Butler County, Missouri.

3. Plaintiff is and was at all times relevant to this Petition over the age of forty (40) years old.

4. At all relevant times, Defendant, Spire Inc., f/k/a Laclede Gas Company, has been doing business in the State of Missouri and the County of Butler, and has continuously had at least 20 employees.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 11(b), (g), and (h) of the ADEA, 29

1



Case: 1:20-cv-00025-SNLJ Doc. #: 1-1 Filed: 02/04/20 Page: 2 of 4 PageID #: 21

Electronically Filed - Butler - November 19, 2019 - 12:52 PM

U.S.C. §§ 630(b), (g), and (h).

6. The Plaintiff began work for Defendant and its predecessors in 1982, and continued to work for Defendant until May 1, 2017.

7. That Defendant, by and through its agents, engaged in discriminatory behavior against Plaintiff due to Plaintiff's age by giving preferential treatment to employees younger than Plaintiff.

8. That Defendant, by and through its agents, pressured Plaintiff to leave his employment with Defendant.

9. That due to the actions of Defendant and its agents, Plaintiff was forced to retire early on or about May 1, 2017.

10. The effect of practices complained of above have been to deprive Plaintiff of equal employment opportunities and otherwise adversely affect Plaintiff because of his age.

11. That Plaintiff was issued a Notice of Right to sue by the U.S. Equal Employment Opportunity Commission, a copy of said Notice is attached hereto as Exhibit "A".

12. The unlawful employment practices complained of in paragraphs above were willful within the meaning of Section 7(b) of the ADEA, 29 U.S.C § 626(b).

13. That as a result of Defendant's actions, Plaintiff has been damaged by the loss of wages.

**WHEREFORE,** Plaintiff, Johnny Brannum, prays for a Judgment against Defendant in an amount to be proven at trial; attorney's fees and court costs; and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

EDMUNDSON, INNES & WARREN
Attorneys and Counselors at Law

By: /s/ Kyle L. Warren
      Kyle L. Warren - #57654
      201 N. Main Street
      Poplar Bluff, Missouri 63901
      Telephone No.: 573-785-0127
      Fax No.: 573-785-0227
      kyle@edmundsonlawfirm.com
      ATTORNEYS FOR THE PETITIONER

STATE OF MISSOURI

COUNTY OF BUTLER
) ss

I, __Johnny E. Brannum__, Petitioner herein, being duly sworn upon my oath, depose and state that the facts stated in the foregoing document are true and correct according to my best knowledge, information and belief.

__Johnny E. Brannum__, Petitioner

Subscribed and sworn to before me this __18th__ day of __November__, 2019.

__Kyle Warren__
Notary Public

MY COMMISSION EXPIRES:

__10/4/2021__

KYLE WARREN
Notary Public - Notary Seal
Butler County - State of Missouri
Commission Number 17455916
My Commission Expires Oct 4, 2021