IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| JOHNNY BRANNUM, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:20-CV-00025-SNJL |
| SPIRE, INC. | ) JURY TRIAL REQUESTED |
| Defendant. | ) |

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

Comes now the parties, by and through their attorneys, and stipulate and agree to the dismissal of the above-entitled action without prejudice.

EDMUNDSON, INNES & WARREN

By____/s/ Kyle Warren_____
Kyle L. Warren  #57654
Attorneys and Counselors at Law
201 N. Main Street
Poplar Bluff  MO  63901
573/785-0127 (Telephone)
kyle@edmundsonlawfirm.com
ATTORNEYS FOR PLAINTIFF

SO ORDERED this 4th day of June, 2020

_____/s/_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE

SPAIN, MILLER, GALLOWAY & LEE, LLC

By____/s/ Samuel P. Spain_____
Samuel P. Spain #34050
Attorneys at Law
1912 Big Bend
Post Office Box 1248
Poplar Bluff  MO  63902-1248
573/686-5868 (Telephone)
sps@smm-law.com

ATTORNEYS FOR DEFENDANT